IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNISHA REFF, LYNDON RED, SR., TRACY HARRIS, AND LYSCHINE WILLIAMS | * * * | CIVIL ACTION |
| | * | NO. |
| Plaintiffs | * * | SECTION: |
| VERSUS | * * | JUDGE: |
| WERNER ENTERPRISES, INC., JAKIE BROWN, AND ACE AMERICAN INSURANCE COMPANY | * * * | MAGISTRATE: |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, LYNISHA REFF, LYNDON RED, SR., TRACY HARRIS AND LYSCHINE WILLIAMS, all persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who respectfully submit the following Complaint:

### INTRODUCTION
### 1.

This cause of action arises out of a motor vehicle collision that occurred on or about September 4, 2017, in the Parish of Orleans, State of Louisiana.

### THE DEFENDANTS

### 2.

Made Defendants herein are:

    A.    JAKIE BROWN ("Defendant Brown") a person of the full age of the majority and resident of and domiciled in the County of Levy, State of Florida;

    B.    WERNER ENTERPRISES, INC. (hereinafter, "Werner"), a foreign corporation authorized to do and doing business in the State of Louisiana who, upon

information and belief, is incorporated in the State of Indiana and having its principal place of business in the State of Indiana, who upon information and belief was at all times relevant herein the owner of the vehicle that caused the September 4, 2017, motor vehicle collision at issue and the entity that employed Defendant Brown while he was driving in the course and scope of his employment at the time of the September 4, 2017, motor vehicle collision;

C. ACE AMERICAN INSURANCE COMPANY, (hereinafter "Ace"), a foreign insurance company authorized to do and doing business in the State of Louisiana, incorporated in the State of Pennsylvania and having its principal place of business in the State of Pennsylvania, who upon information and belief was at all times relevant hereto the insurer of the vehicle driven by Defendant Brown and owned by Werner at the time of the September 4, 2017, motor vehicle collision.

**JURISDICTION AND VENUE**

**3.**

This Court has jurisdiction over this proceeding pursuant to 28 USC § 1332 due to the complete diversity of the parties, and that the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest and cost.

**4.**

Venue is proper in this Court pursuant to 28 USC § 1391(b)(2) as the district in which a substantial part of the events giving rise to this claim occurred.

## FACTS

**5.**

On or about September 4, 2017, Lynisha Reff was the owner and operator of a 2005 Chrysler PT Cruiser, traveling eastbound in the right lane of Interstate 10.

**6.**

Plaintiffs, Lyndon Red, Sr., Tracy Harris, Carl Howard, a minor, and Lyschine Williams, were passengers in the vehicle driven by Mrs. Reff at the time of the September 4, 2017 crash.

**7.**

At the same date and time, Defendant Brown, was driving a 2001 Hytr 3H3 truck (VIN: 3H3V492C11T100038) with an attached box trailer and merging onto I- 610 in the right-hand lane onto Interstate 10.

**8.**

Defendant Brown negligently failed to keep a proper lookout and attempted to merge onto Interstate 10 from the right lane and directly into Plaintiffs' lane of travel, causing his vehicle to collide with Plaintiffs' vehicle.

**9.**

As a result of Defendant Brown colliding with the Plaintiffs' vehicle, Lyndon Red, Sr., Tracy Harris, Carl Howard, a minor, and Lyschine Williams were violently jolted inside the vehicle.

**10.**

Defendant Brown was cited by the New Orleans Police Department for failure to yield.

**11.**

The vehicle being driven by Defendant Brown was owned by Werner, and Defendant

Brown was within the course and scope of his employment with Werner when he crashed into the vehicle containing Plaintiffs.

## FAULT OF JAKIE BROWN

**12.**

The above described September 4, 2017 motor vehicle collision and the resulting injuries to Plaintiffs were caused through the negligence of Defendant Brown, which negligence includes, but is not limited to, the following actions and/or inaction:

a) Disregarded traffic conditions;

b) Gross negligence;

c) Failure to maintain proper control of a vehicle;

d) Failure to maintain a proper lookout and/or being distracted or inattentive;

e) Failure to take all reasonable evasive action to avoid a collision at issue herein;

f) Failure to yield;

g) Failure to properly change lanes;

h) Failure to see what should have been seen;

i) Improper lane usage;

j) Operation of the vehicle in a reckless and/or negligent manner;

k) Acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans, all of which acts may be properly proven at the trial of this matter; and

l) Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

**LIABILITY OF WERNER ENTERPRISES, INC.**

**13.**

As a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondeat Superior; negligent entrustment; negligent hiring, training, and supervision; principal and agent; permissive use; vehicle owner with responsibility for maintenance and upkeep; and/or master-servant doctrines, said Werner is a proper party-defendant and is responsible for the negligence and/or liability attributed to Defendant Brown.

**LIABILITY OF ACE AMERICAN INSURANCE COMPANY**

**14.**

Ace, at all times relevant herein, had in full force and effect a policy of liability insurance coverage in favor of defendants, Werner, as owner, and Defendant Brown, as operator of the insured vehicle, for his negligence in connection with the September 4, 2017, motor vehicle collision at issue herein. As a result of the foregoing and as per applicable Louisiana law, Ace has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of Defendant Brown and Werner.

**DAMAGES**

**15.**

As a result of said August 9, 2017, motor vehicle collision, Mrs. Lynisha Reff suffered personal and bodily injuries including, but not limited to, injuries to her neck and back. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**16.**

Mrs. Lynisha Reff's injuries and damages were directly caused by the negligent acts and

omissions and/or commissions on the part of Defendant Brown and his failure to operate his vehicles in a proper, prudent, and safe manner.

**17.**

As a result of the motor vehicle collision at issue, Mrs. Lynisha Reff suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

    a) Past, present, and future mental pain and suffering;

    b) Past, present, and future physical pain and suffering;

    c) Past, present, and future medical expenses;

    d) Loss of enjoyment of life;

    e) Property damage;

    f) Past, present, and future lost earnings;

    g) Loss of earning capacity; and

    h) All damages allowed under Louisiana law which may be proven at the trial of this matter.

**18.**

As a result of said September 4, 2017, motor vehicle collision, Mr. Lyndon Red, Sr., suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**19.**

Mr. Lyndon Red, Sr.'s injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Brown and his failure to operate his

vehicles in a proper, prudent, and safe manner.

**20.**

As a result of the motor vehicle collision at issue, Mr. Lyndon Red, Sr., suffered severe physical and mental injuries as well as inconvenience, entitling him to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost earnings;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

**21.**

As a result of said September 4, 2017, motor vehicle collision, Ms. Tracy Harris suffered personal and bodily injuries including, but not limited to, injuries to her neck and back. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**22.**

Ms. Tracy Harris' injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Brown and his failure to operate his vehicle in a proper, prudent, and safe manner.

**23.**

As a result of the motor vehicle collision at issue, Ms. Tracy Harris suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

**24.**

As a result of said September 4, 2017, motor vehicle collision, Ms. Lyschine Williams suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**25.**

Mr. Lyschine Williams' injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Brown and his failure to operate his vehicle in a proper, prudent, and safe manner.

**26.**

As a result of the motor vehicle collision at issue, Ms. Lyschine Williams suffered severe

physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, Plaintiffs, Lynishe Reff, Lyndon Red, Sr., Tracy Harris, and Lyschine Williams pray that Defendants, WERNER ENTERPRISES, INC., JAKIE BROWN, AND ACE AMERICAN INSURANCE COMPANY be served with a copy of this Complaint, and, after being duly summoned to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, including penalties and attorney's fees as allowed by law, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

*[SIGNATURE BLOCK ON NEXT PAGE]*

Respectfully Submitted,

**PANDIT LAW FIRM, LLC**

BY:    */s/ Jason Baer*
**JASON M. BAER (# 31609)**
**CASEY C. DEREUS (# 37096)**
**JOSHUA A. STEIN (# 37885)**
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: jstein@panditlaw.com
*Counsel for Plaintiffs*

and

**MOTTA LAW, LLC**
**VANESSA MOTTA (#36915)**
525 Clay Street
Kenner, LA 70062
Telephone: (504) 592-3230
Email: vanessa@mottalaw.com
*Counsel for Plaintiffs*

**PLEASE SERVE:**

**JAKIE BROWN**
Through Louisiana Long arm statute:

14200 NW Hwy 464B
Morriston, FL 32668

**WERNER ENTERPRISES, INC.**
Through its Registered Agent:

National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**ACE AMERICAN INSURANCE COMPANY**
Through its Registered Agent:

Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809