UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNISHA REFF, LYNDON RED, SR., TRACY HARRIS, AND LYSCHINE WILLIAMS | CIVIL ACTION |
| | NO. 2:18-cv-08350 |
| VERSUS | |
| | JUDGE: MARTIN L. C. FELDMAN |
| WERNER ENTERPRISES, INC., JAKIE BROWN, AND ACE AMERICAN INSURANCE COMPANY | MAGISTRATE: JANIS VAN MEERVELD |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes Defendant, Werner Enterprises, Inc., who hereby submits this memorandum in support of leave to file a reply memorandum in support of its Motion for Leave of Court to File Counterclaim and Supplemental and Amending Answer, and prays that the motion be granted for the following reasons:

1.

Defendant filed a Motion for Leave of Court to File Counterclaim and Supplemental and Amending Answer (Rec. Doc. 8) after it identified information through its investigation indicating the subject incident did not occur, or was intentionally caused by Plaintiffs, and/or that Plaintiffs suffered no injuries in the alleged incident. As outlined in the Counterclaim, Defendant has uncovered evidence of more than 30 other accidents with similar factual scenarios to the alleged accident at issue. (Rec. Doc. 8-5).

2.

Plaintiffs opposed the motion for leave and the Court issued an Order Setting Oral Argument on Wednesday, February 13, 2019 at 11:00. (Rec. Doc. 14). The Court further ruled "the Court will only grant leave to file a memorandum in reply if (1) the proposed memorandum addresses issues raised by the memorandum in opposition, but not addressed in the original

memorandum in support, and (2) the proposed memorandum and motion for leave are filed into the record by 5:00 p.m. on the Friday preceding oral argument.

4.

In accordance with the parameters set forth by the Court, Defendant requests leave to file the attached Reply Memorandum for the sole purpose of addressing issues raised by the memorandum in opposition, but not addressed in the original memorandum in support. Specifically the reply memorandum addresses the new issues of prescription and satisfaction of specific pleading requirements for fraud, first raised in the plaintiffs' opposition memorandum.

5.

Plaintiffs will not be prejudiced by this supplement as it is being done within the Court's Order Setting Oral Argument. (Rec. Doc. 14)

**WHEREFORE**, Defendant, Werner Enterprises, Inc., prays that the motion be deemed good and sufficient and that leave to file a reply memorandum be granted.

Respectfully submitted,

*/s/ Guy D. Perrier*

**GUY D. PERRIER, #20323**
**RALPH J. AUCOIN, JR. #31023**
**PERRIER & LACOSTE, LLC**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820;
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: raucoin@perrierlacoste.com
**ATTORNEYS FOR DEFENDANT,**
*Werner Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record through the Court's CM/ECF system this **8th** day of **February**, **2019**, at their last known address of record.

*/s/ Guy D. Perrier*

**GUY D. PERRIER**