UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNISHA REFF, ET AL.<br>   *Plaintiffs*<br><br>VERSUS<br><br>WERNER ENTERPRISES, INC., ET AL.,<br>   *Defendants* | CIVIL ACTION NO. 18-8350<br><br>SECTION: "F" (1)<br><br>JUDGE MARTIN L. C. FELDMAN<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference shall be held on **Monday, August 12, 2019**, at **1:15 p.m.,** before Magistrate Judge Janis van Meerveld. Counsel for all parties shall participate. The parties shall use the following call-in information: telephone number 1-888-278-0296; Access Code 5066372; Security Code 0812.

The purpose of the status conference is to discuss issues that have arisen related to defendants' discovery responses and defendants' objections to plaintiffs' Rule 30(b)(6) notice.

New Orleans, Louisiana, this 8th day of August, 2019.

Janis van Meerveld
United States Magistrate Judge