MINUTE ENTRY
VAN MEERVELD
August 14, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNISHA REFF, LYNDON RED, SR., TRACY HARRIS, AND LYSCHINE WILLIAMS,  *Plaintiffs* | * * * * * | CIVIL ACTION NO. 18-8350  SECTION: "F" (1) |
| VERSUS | * * | JUDGE MARTIN L. C. FELDMAN |
| WERNER ENTERPRISES, INC., JAKIE BROWN, AND ACE AMERICAN INSURANCE COMPANY,  *Defendants* | * * * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## HEARING ON MOTION

COURT REPORTER:   Rebecca Gonzalez

APPEARANCES: Vanessa Motta, Ralph J. Aucoin, Jr., Justin E. Alsterberg

MOTION(S):

1. Defendants' Motion to Compel More Complete Discovery Responses (Rec. Doc. 55).

ORDERED:

The motion is GRANTED in part and DENIED in part, as follows:

As agreed by the parties, Request for Production 18 shall be modified to provide as follows:

Please produce the following Facebook and Instagram electronically stored information for plaintiffs, Tracy Harris, Lyndon Red, Sr., and Lynisha Reff between September 4, 2017 and the present: messages, comments, posts, timeline, videos, photos, and friends in original format with date, identity of who posted, and any comments or reactions, of or about Harris, Red, and Reff regarding:

1. The subject incident, scene, and vehicles involved;
2. Alleged property damage to the vehicle they were occupying at the time of the incident;

3. Other accidents, injuries, or claims;
4. Participating in the activities or pleasures of life, including but not limited to:
    a. Out of town travel;
    b. Vacations;
    c. Going out to eat;
    d. Dancing;
    e. Parading;
    f. Second lining;
    g. Parties;
    h. Barbeque;
    i. Concerts;
    j. Movies;
    k. Sports events, i.e., football, basketball, baseball;
    l. Family reunions;
    m. Getting together with friends;
    n. Social aid and pleasure clubs;
    o. Going out to drink;
    p. Hotel stays;
    q. Swimming;
    r. Boating, jet skiing, tubing, or other watersports;
    s. Costuming.
5. Bending or twisting the neck or back, lifting 20 pounds or more, pushing, pulling, raising arms above the head, raising legs higher than a normal step, jumping, squatting, kneeling, or running.

Plaintiffs' counsel and/or her paralegals shall review the Facebook and Instagram electronically stored information for Harris, Red, and Reff and shall supplement their document production with responsive information within 14 days. Source materials are not an acceptable substitute.

2. Defendants' Motion for Contempt for Failure to Respond to Subpoena and to Compel Production of Documents (Rec. Doc. 57).

ORDERED:

The motion is DENIED.

The issue of whether sanctions should be imposed against the Defendants is taken under submission. Any supplemental memoranda on this issue shall be filed by August 20, 2019.

FURTHER ORDERED:

The Plaintiffs' Motion to Compel (Rec. Doc. 100) is hereby expedited and set for submission on August 21, 2019, with oral argument before the undersigned. Defendants' opposition shall be filed by August 16, 2019, at noon. Plaintiffs' reply, if any, shall be filed by August 19, 2019, at 10:00 a.m.

                                                                                           Janis van Meerveld
                                                                    United States Magistrate Judge

MJSTAR (00:34)