UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


LYNISHA REFF, ET AL.                          CIVIL ACTION

v.                                            NO. 18-8350

WERNER ENTERPRISES, INC., ET AL.              SECTION "F"


ORDER

Given that there is an ongoing criminal investigation by the United States Attorney's Office that may involve this case or witnesses or counsel to this proceeding, the Court finds that a stay is warranted.

A civil plaintiff who is also a criminal defendant has both a Fifth Amendment right to silence and a due process right to a judicial determination of her civil action. Wehling v. Columbia Broadcasting Sys., 608 F.2d 1084, 1087-88 (5th Cir. 1979). To inform its discretion to stay civil proceedings pending resolution of criminal proceedings, a court generally considers these factors:

1) the overlap between the civil and criminal case;
2) the status of the criminal case;
3) private interests of the plaintiff;
4) private interest of the defendants;

5) the interest of the court; and

6) the public interest.

See Dolan v. Parish of St. Tammany, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013)(citation omitted).

Although no party has requested a stay of this matter, this Court has stayed similar litigation due to the ongoing criminal investigation. See, e.g., Civil Action No. 19-9978 (Order dtd. 6/3/19)(Morgan, J.); Civil Action No. 18-6603 (Order dtd. 6/12/19)(Africk, J.); Civil Action No. 18-4373 (Order dtd. 5/29/19)(Vance, J.); Civil Action No. 18-2340 (Minute Entry dtd. 4/30/19)(Lemelle, J.); Civil Action No. 18-928 (Order dtd. 8/15/19)(Barbier, J.). Again, the Court finds that it is in the best interest of the parties, the Court, and the public to stay this proceeding pending the conclusion of the criminal investigation. This stay will protect the plaintiffs from any risks associated with testifying in this proceeding while the criminal investigation is pending. This stay is also in the defendants' interests, given that proceeding to trial before the criminal investigation concludes could result in certain witnesses invoking their Fifth Amendment privilege.

This stay applies to all aspects of this litigation, including any pending motions currently before Magistrate Judge van

Meerveld.  The matter may be reopened upon the motion of either party demonstrating that the criminal investigation has concluded, at which time a new trial date will be set.  Finally, the plaintiffs are advised that they should obtain independent legal advice concerning any risks they may face in continuing with this litigation.

IT IS ORDERED: that the case is hereby STAYED and administratively closed.  IT IS FURTHER ORDERED: that all pending motions are hereby dismissed without prejudice, to be re-urged when the matter is reopened.


New Orleans, Louisiana, August 16, 2019


_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE